# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

November 3, 2021

**BY ECF AND EMAIL**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street Room 1350
New York, New York 10007

Re: **United States v. Robert Russo**
    21 Cr. 271 (PAC)

Dear Judge Crotty,

    We respectfully write on behalf of our client Robert Russo, to request that we reschedule the February 14, 2021 trial date which was set at the conference on October 27, 2021. I have spoken with Jane Chong on behalf of the Government and she consents to this application.

    Counsel was advised yesterday that Judge Furman changed the trial date for the case of <u>United States v. Michael Avenatti</u>, from January 10, 2022 to February 3, 2022. Although counsel agreed with this Court that he would be available on February 14 to commence the trial of Mr. Russo, there are several factors which warrant counsel proceeding with Mr. Avenatti's trial as currently scheduled. Mr. Avenatti's case has been pending for over 31 months; Judge Furman has made arrangements with the Jury Commissioner to call up to 150 jurors for voir dire, due to concerns about publicity and knowledge of Mr. Avenatti's recent conviction and sentence before Judge Gardephe; and, Judge Gardephe, who sentenced Mr. Avenatti to a term of 30 months imprisonment has agreed to extend the surrender date for Mr. Avenatti from December 15, 2021 to February 28, 2022, in order that Mr. Avenatti will be on bail and better able to assist in the preparation and conduct of his trial before Judge Furman.

    We respectfully request a trial date in the week of <u>January 17, 2022</u>. If the Court is unavailable at that time, we request a trial date any time after March 15, 2022, at the Court's earliest convenience.

Respectfully submitted,

Robert M. Baum
Ariel Werner
Assistant Federal Defenders

**SO ORDERED:**

_/s/ Paul A. Crotty_   11-9-21

**HONORABLE PAUL A. CROTTY**
United States District Judge


cc:  Jane Chong, Esq.
     Assistant United States Attorney